UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
         :
ANITA WASHINGTON, individually   :
and on behalf of all others similarly   :
situated,   :
         :   25-CV-01916 (JAV)
      Plaintiff,   :
         :   ORDER
   -v-   :
         :
THE COCA-COLA COMPANY,   :
         :
      Defendant.   :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    Pursuant to the Court's Order dated March 12, 2025, ECF No. 7, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by May 14, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to May 19, 2025.

    SO ORDERED.

Dated: May 16, 2025                                     _____
      New York, New York                           JEANNETTE A. VARGAS
                                                        United States District Judge