UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                              :

ANITA WASHINGTON, *individually and on behalf of*   :
*all others similarly situated*,                             :
                                                                                            :
                          Plaintiff,               :                        25-CV-01916 (JAV)
                                                 :
        -v-                                             :                        <u>ORDER</u>
                                                 :
THE COCA-COLA COMPANY,                      :
                                               :
                        Defendant.             :
                                               :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      As stated on the record during the conference held earlier today, discovery is stayed, pending the resolution of the motion to dismiss.


      SO ORDERED.

Dated: May 21, 2025                                       _____
      New York, New York                              JEANNETTE A. VARGAS
                                                                United States District Judge